[8 NE3d 847, 985 NYS2d 470]

PREFERRED MUTUAL INSURANCE COMPANY, Respondent, v JOHN DONNELLY et al., Defendants, and ROBERT JACKSON, Appellant.

Decided April 3, 2014

## APPEARANCES OF COUNSEL

*Athari & Associates, LLC*, Utica (*Mo Athari* of counsel), for appellant.

*Schnitter Ciccarelli Mills PLLC*, East Amherst (*Joseph M. Schnitter* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The Appellate Division order should be affirmed with costs.

The Appellate Division correctly determined that the plaintiff insurer presented sufficient evidence of a regular office practice to ensure the proper mailing of notifications to insureds so as to raise the presumption that such a notification was mailed to and received by the insured. Specifically, the plaintiff insurer submitted an affidavit from an employee who had personal knowledge of the practices utilized by the insurer at the time of the alleged mailing to ensure the accuracy of addresses, as well as office procedures relating to the delivery of mail to the post office. Thus, the plaintiff insurer provided proper notice of the amendment to the policy upon renewal adding the relevant exclusion. Defendant's remaining contentions are without merit.

Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11); order affirmed, with costs, in a memorandum.